**STATE OF MONTANA,**

                    **Plaintiff,**                                              **NO. CR-87-78**
            **vs.**                                                            **DECISION**

**DANIEL ROBERT KEARNEY,**

            **Defendant.**

On December 22, 1992, the Defendant's sentence was revoked and he was sentenced to five (5) years for Felony Assault. The Defendant is adjudged a dangerous offender for purposes of parole with credit for 74 days time served. Prior to being considered for release the Defendant must complete an alcohol treatment program and the Defendant will not be eligible for parole until successful completion of the treatment program has been achieved.

On May 6, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded pro se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence is affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 6th day of May, 1993.

**Hon. Thomas McKittrick, Chairman, Hon. G. Todd Baugh, and Hon. John Warner, Judges**

The Sentence Review Board wishes to thank Mr. Kearney for representing himself in this matter.